Valerie Kreger-Mueller,

    Plaintiff

v.                                         Case 19-cv-741-jdp

Officer Daniel Withee
Officer Julie Carbon
Officer Michael Ash
Detective Daniel Jones
Officer Benjamin Engstrom
Officer Gregory Dixon
Officer Robert Maier
Officer Howard Statz
Officer Nicholas Stroik
Officer Costin Turturneanu
Officer David Kasdorf
Officer Steven Ziegler
Officer Scott Moen
Officer Kenneth Smith
Sergeant Darren Zimmerman
Officer Tyler Loether
Officer Jesus Gama
Officer Jill Tutaj
Officer Ryan Roettger
Sergaent Terry Hanson
Officer Jesse Sellek
Officer Matthew Jacobs
Chief Chuck Foulke,

    Defendants

Notice is hereby given that Valerie Kreger-Mueller, plaintiff in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from an order dated September 25, 2019 by Judge James D. Peterson.

*Valerie Kreger-Mueller*
9/28/19
Plaintiff

Valerie Kreger-Mueller
PO Box 5142
Madison, WI 53705